FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Demetrious Adonis Moore  16135171
   (Name of Plaintiff)     (Inmate Number)

USP Allenwood
P.o Box 3000   White Deer, PA 17887
   (Address)

(2)_____
   (Name of Plaintiff)     (Inmate Number)

_____

   (Address)

(Each named party must be numbered,
  and all names must be printed or typed)

           vs.

(1) United States of America

(2) David J Ebbert, warden

(3) P. Remirez, Food Administrator
   (Names of Defendants)

(Each named party must be numbered,
  and all names must be printed or typed)

4:18-CV-1141
(Case Number)

CIVIL COMPLAINT

FILED
HARRISBURG, PA

JUN 0 4 2018

PER _____
       DEPUTY CLERK

TO BE FILED UNDER: \_\_\_\_\_ 42 U.S.C. § 1983 - STATE OFFICIALS

               ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

_____

_____

_____

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution?   ✓Yes   ____No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims?   ✓Yes   ____No

C.   If your answer to "B" is <u>Yes</u>:

1.   What steps did you take?   Federal Tort Claim No. TRT-NER-2017 03665

2.   What was the result?   Final offer of $200 made by

D.   If your answer to "B" is <u>No</u>, explain why not:   N/A

## III.   DEFENDANTS

(1) Name of first defendant:   United States of America

Employed as   FBOP/warden   at   USP Lewisburg
Mailing address: P.O Box 1000, 2400 Robert F. Miller Drive, Lewisburg, PA 17837

(2) Name of second defendant:   David J Ebbert
Employed as   warden   at   USP Lewisburg
Mailing address: P.O Box 1000, 2400 Robert F. Miller Drive   Lewisburg, PA 17837

(3) Name of third defendant:   P. Remirez
Employed as Food Service Administrator at   USP Lewisburg
Mailing address: P.O Box 1000, 2400 Robert F. Miller Drive   Lewisburg, PA 17837

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets if necessary.)

1.   On or about 11-22-16, At USP Lewisburg located in Pennsylvania, I Demetrious Adonis Moore was and at all times mentioned here in a prisoner of and in the custody of the federal Boureu of Prisons

(FBOP), where in I was fed rancid and

2.  contaminated foods. That were prepared and served to me by FBOP USP Lewisburg staff as part of my required meal. Because of this I contracted the salmonella bacteria ... (continued on attachment #1)

3.  _____

    _____

    _____

    _____

## V.  RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1.  Jury trial on all issues triable by jury, order defendant to make accessable to plaintiff and/or plaintiff counsel any and all documents that may pertain to plaintiffs claims which do not violate the security of defendant

2.  Any fees or court charges to the plaintiff be paid by the defendant(s)
    Compansatory damage awarded to plaintiff in the amount of $10,000.00 against the defendant(s)

3.  Punitive damages in the amount of $10,000.00 awarded to the plaintiff against the defendant(s)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____30th_____ day of _____May_____, 20 _18_ .

_____
(Signature of Plaintiff)

4

IX Statment of claim A. (continued)                     Attachment #1

. The symptoms began with constant diaharea which I reported to the
medical staff on or about 11-24-2016. With in the preceding 24-hours my
symtoms dramatically increased to include extremely painful abdominal
cramps, constant vomiting, diaharea that was sometimes involuntary and
simontaneous with the vomiting, cold sweats that kept me awake at
night, high fever, sever headachs, Extreme dyhidration and the inability
to hold down any foods or liquids

    I again alected the institutions medical staff and requested to
have my blood and stool tested.

    I was re-housed (moved) along with 100's of other inmates who
also had contracted salmonella. To the basement level of X-block, Then
told "due to falling ill of a "GI" infection" I was being placed in
quarentine. Where because of the violent symptons I was experiencing
I had to sleep on the floor amongst bugs, spiders and mice. In order
to be in as close proximity to the toilet as possible when I would
wake up vomiting or deficating involontarly. There were instances
where I never woke up in time and had to hand wash my own
bodily waste out of my linen

    Because any liquid I drank ran through my bowels in less then
two minutes or I otherwise vomited it back up. I was constantly
dyhydrated. Unable to focus nor muster the strength or energy to
excersise as I regularly do. Not even write a letter to my loved ones
to let them know what ~~was~~ I was going through

    Eventually medical staff took a sample of my stool and placed
me on an I.V and informed me I had contracted salmonella.
Upon learning this and coupled with the substandard and unsanitary
conditions of my confindment. I became plauged with thoughts and
nightmares that I ~~am~~ going to die in prison. Even after the
aforesaid violent symptoms had passed. The thought that my well
being is in neglagent hands, at any given time I am vaulnerable
to fall victim to such a horrific. illness has made me fearful of
foods and meals ordered. or prepared by FBOP staff

    At the time. of this incident David J Ebbert was warden of
USP Lewisburg and P. Remirez was the institutions Food Service.
Administrater.

    Joyce M. Horikawa, acting Regional Counsel reviewed my Tort
claim, And offered settlements of first $100. then $200. ____ Nothing followed

Demetrious Adonis Moore
16135171
Federal Correctional Complex - Allenwood
P.O. Box 3000
White Deer, PA 17887

CERTIFIED MAIL

7017 1070 0000 8754 0012

RECEIVED
HARRISBURG, PA

JUN 0 4 2018

Per _____ Deputy Clerk

MAY 30 2018

MAILED FROM
U.S. PENITENTIARY

LEGAL
MAIL