# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIOUS AELONIS MOORE, | No. 4:18-CV-01141 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendant. | |

## ORDER

### MARCH 18, 2019

On January 23, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny Demetrious Aelonis Moore's Motion to Reinstate Action. Objections to that Report and Recommendation were due by February 13, 2019, but none were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Martin C. Carlson, ECF No. 23, is **ADOPTED IN ITS ENTIRETY**.

2. The Motion to Reinstate Action, ECF No. 20, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge